# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**YOHANA GABRIEL AMOM,**

        **Petitioner,**

v.                                                                              Case No. 25-3205-JWL

**C. CARTER, Warden, FCI-Leavenworth,**

        **Respondent.**

## JUDGMENT IN A CIVIL CASE

( )    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is denied.

Entered on the docket 11/24/25

**Dated:  November 24, 2025**        SKYLER B. O'HARA
                                                  CLERK OF THE DISTRICT COURT

                                                  s/S. Nielsen-Davis
                                                  **Deputy Clerk**